UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TRANSAMERICA LIFE INS. CO. | : | |
| | : | |
| Plaintiff, | : | CAFN: 1:19-CV-1552 MHC |
| | : | |
| v. | : | |
| | : | |
| LETRON BELL, | : | |
| JACQUELYN HAMILTON, | : | |
| LARICO POPE, | : | |
| L.S. a Minor, M.B. a Minor, and | : | |
| M.B. a Minor. | : | |

**DEFENDANTS' JACQUELYN HAMILTON, LARICO POPE, L.S. a Minor, M.B. a Minor, and M.B. a Minor MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANT LETRON BELL'S CLAIM**

COMES NOW, the above-referenced Defendants, pursuant to F.R.C.P. 56, L.R. 7.2, L.R. 56, L.R. 56.1 and respectfully move this Court for an Order of Summary Judgment as to Mr. Bell's claim to his former spouse's life insurance policy benefits and proceeds. In support of this Motion, and pursuant to Local Rules, Defendants are filing a Brief in Support and Statement of Material Facts.[1]

For the reasons included in the accompanying Brief in Support and Statement of Material Facts Defendants contend that there is no genuine issue of material facts and Defendants are entitled to a judgement as a matter of law. Consequently, Defendants respectfully pray that this Honorable Court grant summary judgment in their favor, enjoin and bar Defendant LeTron Bell from recovery of any benefits or proceeds of his former spouse's life insurance policy.

*(Signature page to follow)*

---

[1] For the sake of brevity, Defendants Jacquelyn Hamilton, LaRico Pope, L.S. a minor, M.B. a minor, and M.B. a minor are collectively referred to as "Defendants" throughout this document. LeTron Bell is referred to as "Mr. Bell", "LeTron Bell" or "Defendant Bell".

Respectfully submitted this 2nd day of October, 2019.

By: *Beau A. Worthington, Sr.*
     Attorney for Defendants
     Georgia Bar No. 542511

Coxen & Worthington, LLC
5109 Highway 278 N.E., Suite B
Covington, Georgia 30014
(770) 784-7660 Telephone
(770) 784-7665 Facsimile
beauworthington@cwlaw.net

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Motion, accompanying Brief in Support, and Statement of Material Facts has been filed with the Clerk of Court's Case Management Electronic Case File (CM/ECF) causing a copy of the same to be served upon all relevant parties. In addition, Defendants have deposited copies of the aforementioned documents in the United States Postal Service, First-Class Postage prepaid, addressed to:

LeTron Bell
GDC ID: 1002598290
Wilcox State Prison
P.O. Box 397
470 S. Broad St.
Abbeville, GA 31001

This 2nd day of October, 2019.

By: *Beau A. Worthington, Sr.*
     Attorney for Defendants
     Georgia Bar No. 542511